# Court of Appeals
# of the State of Georgia

ATLANTA,   April 21, 2014

*The Court of Appeals hereby passes the following order:*

**A14E0023. ROBERSON v. THE STATE.**

In February 2013, the Superior Court of Columbia County granted Willis F. Roberson bond on charges of aggravated stalking and distributing obscene materials. On March 28, 2014, the court ruled that Roberson had violated the provisions of his bond and, as a result, revoked his bond and incarcerated him. Roberson has filed an emergency motion asking this Court to grant supersedeas so that he may be released from jail.

Roberson, however, has not filed an application for discretionary or interlocutory review of his bond revocation in this Court. Thus, there is no pending case over which this Court has jurisdiction that would provide a basis for granting supersedeas.[1] See Court of Appeals Rules 40 (a) ("The filing of an application for discretionary appeal shall act as a supersedeas to the extent that a notice of appeal shall act as a supersedeas. See OCGA § 5-6-35 (h)."); 40 (b) ("Generally, no [emergency] order shall be made or direction given in an appeal until [the appeal] has been docketed in this Court.").

Accordingly, this motion is DENIED.

---

[1] To the extent Roberson relies on motions he filed in the trial court in his divorce case as a basis for the grant of supersedeas by this Court, such reliance is unavailing, because the divorce case is a civil case that is separate from the criminal bond revocation proceeding at issue in this motion.



*Court of Appeals of the State of Georgia*
       *Clerk's Office, Atlanta,* 04/21/2014
       *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
       *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *Stephen E. Castlen* _____ *, Clerk.*